IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00980-EWN-CBS

GREELEY PUBLISHING COMPANY,
a Nevada corporation doing business as *Greeley Tribune*,

      Plaintiff,

v.

MARY HERGERT, in her official and
individual capacities as Weld County Public Trustee,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      Pending before the court is Defendant's Motion for Protective Order (filed August 15, 2005; *doc. no. 24*). It is hereby **ORDERED** that the instant motion is **DENIED**, without prejudice. Counsel for Defendant Hergert did not comply with this court's local practice rule regarding discovery disputes; as outlined during the scheduling conference held on July 19, 2005, and reflected in the courtroom minutes. It is further

      **ORDERED** that a hearing regarding the Defendant's Motion to Stay Proceedings Pending Qualified Immunity (filed July 11, 2005; *doc. no. 15*) has been set for **August 23, 2005, at 8:00 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

**DATED:**    August 17, 2005