IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–00980–EWN–CBS

GREELEY PUBLISHING COMPANY, a
Nevada corporation doing business as
*Greeley Tribune*,

    Plaintiff,

v.

MARY HERGERT, in her official capacity
as Weld County Public Trustee,

    Defendant.

---

## ORDER

---

The motion for clarification (#67) is DENIED. The point of the order --- that the case contains a claim for prospective injunctive relief as to which no immunity is, or could be, asserted --- is not denied by defendant and remains the same, whether we are talking about qualified immunity on an "individual capacity" claim for damages or eleventh amendment immunity on a "official capacity" claim for damages. *See Ex Parte Young,* 209 U.S. 123 (1908). The court still views the issue as involving the magistrate judge's discretionary authority to manage the case by denying an omnibus motion to stay *all* discovery, considering discovery matters on an item-by-item basis as they arise, and staying the discovery only when it goes solely to a damages claim for which there is eleventh amendment immunity.

SO ORDERED.

Dated this 14th day of November, 2005.

                                                BY THE COURT:

                                                s/ Edward W. Nottingham
                                                EDWARD W. NOTTINGHAM
                                                United States District Judge