IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00980-EWN-CBS

GREELEY PUBLISHING COMPANY,
a Nevada corporation doing business as *Greeley Tribune*,

    Plaintiff,

v.

MARY HERGERT, in her official and
individual capacities as Weld County Public Trustee,

    Defendant.

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that Plaintiff's Unopposed Motion for Entry of Protective Order (filed January 13, 2006; *doc. no. 86*) is **GRANTED**.

In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**    January 18, 2006