IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00980-EWN-CBS

GREELEY PUBLISHING COMPANY,
a Nevada corporation doing business as *Greeley Tribune*,

      Plaintiff,

v.

MARY HERGERT, in her official and
individual capacities as Weld County Public Trustee,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      It is hereby **ORDERED** that the Joint Motion to Amend Scheduling Order (filed January 20, 2006; *doc. no. 90*) is **GRANTED**. Parties have up to and including **March 1, 2006**, to complete the depositions of Chris Cobler, Sean Conway, and Steve A. Duree.

      *All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**    February 16, 2006