IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00980-EWN-CBS

**GREELEY PUBLISHING COMPANY**, a Nevada corporation doing business as *Greeley Tribune*,

    Plaintiff,

v.

**MARY HERGERT**, in her official capacity as Weld County Public Trustee,

    Defendant.

_____

### ORDER RESPECTING JOINT STIPULATED MOTION TO DISMISS WITH PREJUDICE
_____

    The Court, following a review of the parties' Joint Stipulated Motion for Dismissal With Prejudice, and being fully advised in the premises, hereby GRANTS said motion. This matter is hereby DISMISSED with prejudice, each party to bear its own fees, including attorney fees, costs and expenses in their entirety.

    DATED this 14th day of August, 2006.

                                    BY THE COURT:

                                    s/ Edward W. Nottingham
                                    EDWARD W. NOTTINGHAM
                                    UNITED STATES DISTRICT JUDGE